UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| EDWIN W. PENCE, et al., | Case No. C-3-02-398 |
|---|---|
| Plaintiffs, | Judge Rose |
| vs. | |
| ABN AMRO MORTGAGE GROUP, INC., et al., | ENTRY AND ORDER GRANTING PLAINTIFFS' MOTION TO REMOVE CASE TO BANKRUPTCY COURT PURSUANT TO 28 U.S.C § 157(A) (Doc. #68) |
| Defendants. | |

Upon due consideration and for good cause shown, this Court does hereby grant Plaintiffs Edwin and Sharon Pence's Motion to Remove the Case to U.S. Bankruptcy Court, Southern District, Western Division, Dayton Pursuant to 28 U.S. C. § 157(A).  The Bankruptcy Court has proper jurisdiction to hear this case because the rescission claims against Bank One are core proceedings under 28 U.S.C. §§ 157(b)(2)(A), (B), (C) and (K) and Bank One is a claimant in that case.

IT IS SO ORDERED.

s/Thomas M. Rose

_____

Judge Thomas A. Rose

Date: May 4, 2005